THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JIMMY L. HARRIS, Appellant. [3 NYS3d 703]—Appeal from a judgment of the Monroe County Court (Vincent M. Dinolfo, J.), rendered August 25, 2011. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed for reasons stated in the decision at County Court. Present—Scudder, P.J., Centra, Peradotto, Carni and Sconiers, JJ.